**Clarence T. FOX, Jr., Plaintiff—Appellant,**

v.

**FEDERAL BUREAU OF PRISONS, in its official capacity; Paul Gonzales, in his individual capacity; Katheryn Mack, in her individual capacity; Brenda Shell, in her individual capacity, Defendants—Appellees.**

No. 10–6409.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 28, 2010.

Decided: Oct. 4, 2010.

Clarence T. Fox, Jr., Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., appeals the district court's orders accepting the recommendation of the magistrate judge, denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his Fed.R.Civ.P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fox v. Fed. Bureau of Prisons,* No. 0:08–cv–02431–GRA (D.S.C. Jan. 27 & Mar. 5, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*